**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

Andrew S. Lewner, Esq.
Extension 362
alewner@westermanllp.com

June 13, 2025

**By ECF**
Honorable P. Kevin Castel
United States Courthouse
Southern District of New York
500 Peal Street, Courtroom 11D
New York, New York 10007

    Re:    Mukamel, et al. v. Onexx Production & Exploration Corporation, et al.
             Case No.: 1:25-cv-03493 (PKC)

Dear Honorable Sir:

    Our firm represents plaintiffs in the above referenced action. I write jointly with counsel for defendants, Patrick Kennell of Kaufman Dolowich LLP, to request an adjournment of the pre-trial conference which was recently scheduled for June 25, 2025. Mr. Kennell is otherwise engaged on June 25th for a continued Settlement Conference before The Hon. Jennifer Willis, U.S.M.J. of this Court, in another matter.

    While both Mr. Kennell and I have extensive scheduled obligations through the remainder of June and July, we note the Court's June 6, 2025 Order where the Court expressed certain threshold jurisdictional questions. The Court's Order directed plaintiffs to file an amended complaint within 45 days of the Order (*i.e.*, by July 21, 2025), specifically to address the jurisdictional questions, and the Order afforded for jurisdictional interrogatories in aid of that inquiry. Plaintiffs served their jurisdictional interrogatories on June 12, 2025, and the parties believe it would be more efficient for the Court to postpone the initial pretrial conference in light of the Court's threshold jurisdictional questions

    Counsel for the parties have availability July 28, 29, or 30, 2025. We respectfully request that Your Honor adjourn this to one of those dates or another date that is convenient to the Court.

    We appreciate the Court's courtesies in this matter.

    Thank you.

Respectfully yours,

Andrew S. Lewner

/s/ Patrick Kennell
Patrick Kennell, Esq.

---

Conference adjourned from June 25 to July 23, 2025 at 2:00 p.m.
Dial-In No.: 1-855-244-8681, Access 2305 810 3970#.
SO ORDERED.
Dated: 6/17/2025

*P. Kevin Castel*
United States District Judge